IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES M. SEBASTIAN, SR. | * | |
| Plaintiff | * | CIVIL ACTION NO. _____ |
| | | (Consolidation of Civil Action No. 02-3743 |
| v. | * | and Civil Action No. 02-3745) |
| JAMES M. SEBASTIAN, JR. | * | |
| Defendant | * | |

\*       \*       \*       \*       \*       \*       \*

**MOTION TO CONSOLIDATE PURSUANT TO FED. R. CIV. P 42**

Defendant James M. Sebastian, Jr., by his undersigned counsel, hereby moves, pursuant to Fed. R. Civ. P. 42, to consolidate the following cases pending before this Court:

1.   *James M. Sebastian, Sr. v. James M. Sebastian, Jr.*, Civil Action No.: 02-3743, removed from the Chester County Court of Common Pleas on June 12, 2002; and

2.   *James M. Sebastian, Sr. v. James M. Sebastian, Jr.*, Civil Action No.: 02-3745, removed from the Chester County Court of Common Pleas on June 12, 2002.

The grounds in support of this Motion are stated in the accompanying Memorandum in Support.

Respectfully submitted,

_____
John F. Morkan III, Pro Hac Vice
Eric M. Veit, Pro Hac Vice
Ober, Kaler, Grimes & Shriver
A Professional Corporation
120 East Baltimore Street
Baltimore, Maryland 21202-1643
(410) 685-1120
(410) 547-0699 (Fax)

2

Earl T. Britt
Britt, Hankins, Schaible & Moughan
633 West Germantown Pike, Suite 202
Plymouth Meeting, Pennsylvania  19462-1032
(610) 832-9339
(610) 832-9342 (Fax)

Attorneys for Defendant James M. Sebastian, Jr.

Case 2:02-cv-03745-JCJ    Document 8    Filed 09/09/2002    Page 2 of 3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of September, 2002, a copy of the foregoing Motion to Consolidate Pursuant to Fed. R. Civ. P 42 was mailed, first-class postage prepaid, to:

>Peter J. McHugh, Esquire
>Brown, Mayhart, Martin & Schindler
>128 Commons Court
>Commons at Chadds Ford
>P.O. Box 1539
>Chadds Ford, PA  19317

 

 

                                                Eric M. Veit

699889.1