**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JAMES M. SEBASTIAN, SR. | : CIVIL ACTION |
| | : |
| vs. | : |
| | : NO. 02-CV-3743 |
| JAMES M. SEBASTIAN, JR. | : |

| | |
|---|---|
| JAMES M. SEBASTIAN, SR. | : CIVIL ACTION |
| | : |
| vs. | : |
| | : NO. 02-CV-3745 |
| JAMES M. SEBASTIAN, JR. | : |

**ORDER**

AND NOW, this _____ day of October, 2002, upon consideration of Defendant's Motion to Consolidate the above-captioned cases and it appearing to the Court that the Motion is uncontested, it is hereby ORDERED that the Motion is GRANTED and the above-captioned cases are CONSOLIDATED at No. 02-CV-3743. See Generally: Fed.R.Civ.P. 42(a); Local Rule of Civil Procedure 7.1(c).

BY THE COURT:

_____
J. CURTIS JOYNER,         J.