:\FORMS\

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JAMES M. SEBASTIAN, SR,                              CIVIL ACTION

        v.

JAMES M. SEBASTIAN, JR.

        02-3743
        02-3745

**O R D E R**

AND NOW, this 25TH day of OCTOBER, 2002, it is Ordered that this matter is **SCHEDULED** for a RULE 16 conference in chambers before the Honorable J. Curtis Joyner, on **NOVEMBER 6, 2002** at 10:30aM in Room 8TH FLOOR - room 8613.

PS: If counsel is not available at this time and wish to reschedule or change this to a telephone conference - that party shall contact the Deputy Clerk (267-299-7419) and coordinate a new date and time for all parties. Plaintiff is to notify all parties of this conference.

ATTEST:                              or    BY THE COURT


BY:   ANGELA J. MICKIE
     Deputy Clerk                    Judge

Civ 12 (9/83)